UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

MICHAEL A. KOWALCZUK,

       Plaintiff,

     v.                                   Case No. 2:19-cv-1230

SERGEANT ERIC GIESE and
VILLAGE OF MOUNT PLEASANT,

       Defendants.

---

**DECLARATION OF KEVIN TROST IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

I, Kevin Trost, declare pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a licensed attorney in the State of Wisconsin and am one of the attorneys representing the Defendants in this lawsuit.

2.     I make this declaration in support of Defendants' Motion for Summary Judgment.

3.     Attached as Exhibit A is a true and correct copy of the transcript of the Deposition of Michael Kowalczuk, taken on May 8, 2020.

4.     Attached as Exhibit B is a true and correct copy of the complaint filed in the criminal case against Michael Kowalczuk, which was marked as Exhibit 3 to the Deposition of Michael Kowalczuk, taken on May 8, 2020.

5.     Attached as Exhibit C is a true and correct copy of the judgment of conviction in the criminal case against Michael Kowalczuk, which was marked as Exhibit 4 to the Deposition of Michael Kowalczuk, taken on May 8, 2020.

6. Attached as <u>Exhibit D</u> is a true and correct copy of the Incident and Supplementary Reports, which were marked as Exhibit 6 to the Deposition of Michael Kowalczuk, taken on May 8, 2020.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 1, 2020.

*Electronically signed by Kevin D. Trost*
Kevin D. Trost

2