UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL A. KOWALCZUK,

     Plaintiff,

v.

Case No. 2:19-cv-1230

SERGEANT ERIC GIESE and
VILLAGE OF MOUNT PLEASANT,

     Defendants.

## DECLARATION OF MATTHEW SOENS IN
## SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Matthew Soens, declare pursuant to 28 U.S.C. § 1746, as follows:

1.     I am employed by the Village of Mt. Pleasant as the Chief of Police. I have served as the Chief of Police since 2019 and have been a law enforcement officer for 24 years.

2.     I have reviewed the training records for Officer Eric Giese. As of the date of the incident, Officer Giese's training was up to date, including training on the use of a Taser.

3.     Subsequent to the incident, Officer Giese became an instructor on the use of Tasers and conducts training classes for law enforcement officers on their use.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated May 27, 2020.

Matthew Soens, Village of Mt. Pleasant Chief of Police