# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

April 2, 2021

Drew J DeVinney
Martin Law Office SC
7280 S 13th St - Ste 102
Oak Creek, WI 53154

Lori M Lubinsky
Axley Brynelson LLP
2 E Mifflin St - Ste 200 PO Box 1767
Madison, WI 53703

Re: **Kowalczuk v. Giese et al**
**Case No. 19-CV-1230**

Dear Atty. DeVinney:

Today, I received the Defendant's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking Plaintiff to advise me in writing on or before **April 16th, 2021** whether there are objections to any of the costs.

If there are <u>no objections</u> to the proposed costs, Plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

If Plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendants will have until **April 23rd, 2021** to file a response and any reply by Plaintiff should be filed on or before **April 30th, 2021**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: Ross Miller
Deputy Clerk